U.S. District Court
District of Columbia (Washington, DC)
CIVIL DOCKET FOR CASE #: 1:25-cv-02222-UNA

MCDERMOTT v. CORPORATION OF THE UNITED STATES INC. et al
Assigned to: Unassigned
Cause: 28:1331 Fed. Question

Date Filed: 07/03/2025
Jury Demand: None
Nature of Suit: 890 Other Statutory Actions
Jurisdiction: Federal Question

**Plaintiff**

GEORGE E. MCDERMOTT

represented by GEORGE E. MCDERMOTT
143 N. Huron Dr.
Forest Heights, MD 20745
PRO SE

Memorandum and motion to the court clerk regarding submittal of summons request to the DEFENDANT, DONALD JOHN TRUMP. Number One Of Seven Named DEFENDANTS.

Receiving clerk Att's you will find an original and two copies of subpoenas request completed on form AO 440 (Rev. 06/12; DC 3/15 heading summonses in civil actions, I am now submitting these signed in the original form three copies of summons request that I have also asked that they be served by the US Marshal under the rules stated within the document. And that the defendants and their agents never respond to certified mail requests and that access to their corporate government offices are restricted hampering the service of these documents and future documents to the real parties of interest who must now identify their corporate affiliation, their corporate resident agent to be noticed including addresses and email contacts.

1.   As the court document states the court has granted plaintiff the right to file electronically could this office please furnish the plaintiff with a electronic access code in accordance with rules of this court. Plaintiff's email address and physical address is posted herein.

Respectfully submitted

George Edward McDermott. All rights reserved UCC 1-101, 102, 202, 306-08, US code title 15

CERTIFICATE OF SERVICE. To the office of the United States solicitor Gen. Acting US solicitor Gen. John D. Sauer D.C. is 950 Pennsylvania Avenue, NW, Washington, DC 20530. By USPS CERT. Mail art. #9589- 0710- 5270- 2449- 7945-85 served by George Mc Dermott plaintiff _____ July 22, 2025 after submittal to the court in accordance with the court rules.

RECEIVED
JUL 22 2025
Clerk, U.S. District & Bankruptcy
Courts for the District of Columbia

# UNITED STATES DISTRICT COURT
## For the District of Columbia

**IN THE MATTER** of George E McDermott. Appearing under 28 U.S.C. 1654. And as a victim who has been Rendered impoverished defendants' agents/assigns U.S. Code Title 28 PART V CHAPTER 123 § 1915 (a) (1). As an organic citizen not corporate fictitious chattel

*Plaintiff(s)*

v.

**DONALD JOHN TRUMP.** The Current CEO of the corporate United States Inc. a for-profit private public trading Corp.; Duns # 052714966 and his corporate NAMED codefendants, who are weapon rising the executive office in violation of their separation of state and their LEGAL powers/authority

*Defendant(s)*

Civil Action No.   **1: – 25 – CV – 02222 – UNA**

Plaintiff has demanded a jury trial on all counts and Federal Rule of Civil Procedure 38 (FRCP 38) governs the right to a jury trial and the process for demanding one in federal civil cases. As a constitutionally protected right would dependence agents repeatedly denied ALL victims.

## SUMMONS IN A CIVIL ACTION

To: *(Defendant's name and address)*

**Donald John trump as the Current ACTING CEO** of the corporate United States Inc. a for-profit private public trading Corp.; Duns # 052714966 **a.k.a. Pres. John Donald Trump** residing at White House, 1600 Pennsylvania Avenue NW, Washington, DC 20500. Service requested through the U.S. Marshal is required to serve a summons and complaint on behalf of paupers U.S. Code Title 28 PART II.CHAPTER 37 § 566. Plaintiff incorporates by reference FRCP rule 10. [ECF DOC. 1-58] verified complaint accessible and authentic capable by pacer government systems. Case # 1:-25-cv-02222 as proof of the official filing/record. As defendant and his associates and agency heads have refused to investigate or prevent corporate malfeasance of office.

A lawsuit has been filed against you.

Within 21 days after service of this summons on you (not counting the day you received it) — or 60 days if you are the United States or a United States agency, or an officer or employee of the United States described in Fed. R. Civ. P. 12 (a)(2) or (3) — you must serve on the plaintiff an answer to the attached complaint or a motion under Rule 12 of the Federal Rules of Civil Procedure. The answer or motion must be served on the plaintiff or plaintiff's attorney, whose name and address are:

Plaintiff. George Edward Mc Dermott Sr. 143 N. Huron Dr., Forest Heights, MD 20745 phone (301) 996-9577 email at Georgemcdermott2018@gmail.com. Other contacts. GeorgeMcDermottYouTube. Plaintiff apologizes to the court for not being able to afford to pay for summonses delivery US marshals. Defendant is beloved by their resident agent names addresses or legal contact. While imposing malicious litigation abuse against the plaintiff and other affected.

If you fail to respond, judgment by default will be entered against you for the relief demanded in the complaint. You also must file your answer or motion with the court.

ANGELA D. CAESAR, CLERK OF COURT

Date: **July 22, 2025**

*Signature of Clerk or Deputy Clerk*

1 of 4

AO 440 (Rev. 06/12) Summons in a Civil Action (Page 2)

Civil Action No.

## PROOF OF SERVICE

*(This section should not be filed with the court unless required by Fed. R. Civ. P. 4 (l))*

This summons for *(name of individual and title, if any)* | Donald John Trump a.k.a. CEO of the United State Ink. A.k.a. the current president of the executive branch of corporation. Bound by the change of the U.S. Constitution and rule of law.

was received by me on *(date)*

☐ I personally served the summons on the individual at *(place)*

_____ on *(date)* _____ ; or

☐ I left the summons at the individual's residence or usual place of abode with *(name)*

_____, a person of suitable age and discretion who resides there,

on *(date)* _____, and mailed a copy to the individual's last known address; or

☐ I served the summons on *(name of individual)* _____, who is

designated by law to accept service of process on behalf of *(name of organization)*

_____ on *(date)* _____ ; or

☐ I returned the summons unexecuted because _____ ; or

☐ Other *(specify):*


My fees are $ _____ for travel and $ _____ for services, for a total of $   0.00   .

I declare under penalty of perjury that this information is true.

Date: _____

_____
Server's signature

_____
Printed name and title

_____
Server's address

Additional information regarding attempted service, etc:

2 of 4

Attachment one in support of summons request and delivery by US marshals on corporate agents and assigns named in verified complaint which is available for public view at the pacer government services Corporation. To the defendant and his attorneys in compliance with the 2000 E sign act and a 2000 paper reduction act's. Identified as US District Court DC circuit filing case #25 1: 25 -CV – 02222 – UNA [ECF -1-7]. Containing 58 pages to preserve the record for appeal. [Att. 1]

---

JURY DEMAND
Assigned To : Unassigned
Assign. Date : 7/3/2025
Description: Pro Se Gen. Civ. (F-DECK)

**IN THE UNITED STATES DISTRICT COURT**
**333 Constitution Ave. NW, Washington, DC 20001**

CLERK
US DISTRICT & BANKRUPTCY
COURT FOR DC

In the matter of George E. Mc Dermott
143 N. Huron Dr.
Forest Heights, MD 20745
Phone (301) 996-9577
email Georgemcdermott2018@gmail.com
**HERE AFTER PLAINTIFF et al**
Vs.

THE CORPORATION OF THE UNITED STATES INC.
through its CORPORATE CEO, DONALD JOHN TRUMP
A FOR-PROFIT PRIVATE PUBLICLY TRADED CORP.
DUNS #'S UNITED STATES GOVERNMENT 052714196
**And its RELATED CORPORATE AGENCIES**
US DEPARTMENT OF DEFENSE (DOD) 030421397
US DEPARTMENT OF THE TREASURY 026061967
US DEPARTMENT OF JUSTICE
US DEPARTMENT OF STATE 026276622
FEDERAL BUREAU OF INVESTIGATION
(FBI) 878865674.
As defined under ("U.S. code Title
28 U.S.C.A. 3002 SECTION 15A & 1603-11").
Represented by Jane.Lyons@usdoj.gov. As
Recorded USCOA-DC-case # 25 – 5096
And
The Corporations Legal Advisors. Trading A
The American Bar Association Inc.
Through It Alleged Legal Agent And
Representatives. Ronald S Flagg with the law firm
of Sidley Austin LLP.1501 K Street, NW
Washington, DC 20005 Phone: +1 202 736 8000
Fax:+1 202 736 8711 email rflagg@Sidley.com
**CORPORATE DEFENDANTS ET AL.'s**

CASE No. _____

Plaintiff's demand for jury trial on all counts in claims asserted in pursuant to FRCP rule 38 (a) (b) (1) (2). And FRCP rule 39 (a) WHEN A DEMAND IS MADE. When a jury trial has been demanded under Rule 38, the action must be designated on the docket as a jury action. The trial on all issues so demanded must be by jury; and plaintiff's demand that the court clerk's office comply with rule 40 which requires the court clerk's office note on the docket jury trial demanded an issue a proper scheduling order to all parties.

Plaintiff will be proceeding IFP which was approved 06/17/2025 received 06/20/2025 In-related case USCOA-DC.CIR. Case No. 25 – 5096 which necessitated this action due to named corporate defendants' agents monopolistic, malfeasance malice in law, malice in say assault on the rule of law/OUR Constitution.

********************************************

**PLAINTIFF'S VERIFIED COMPLAINT**
(FILED PURSUANT TO RULE 5.1 OF THE FEDERAL RULES OF CIVIL PROCEDURE AND 28 U.S.C. § 2403) THIS IS AN ANTITRUST ACTION BROUGHT UNDER THE SHERMAN AND CLAYTON ACT, 15 U.S.C. §§ 12–27, ARISING FROM DEFENDANTS' UNLAWFUL USE OF GOVERNMENT AUTHORITY. F/N-1.

Now Comes Plaintiff George McDermott, respectfully submitting this Verified Complaint against the named Defendants and their agents, successors, and assigns. This Complaint arises after more than 31

F/N-1. AG 59880464 A (the only non-EIN, found via U.C.C. Filed Documents) UNITED STATES, INC: 52-1943749 UNITED STATES: 52-2283179, UNITED STATES OF AMERICA: 52-1259974, UNITED STATES OF AMERICA: 72-0564834, WHITE HOUSE: 52-1413575, HOUSE OF REPRESENTATIVES US: 23-7359951, HOUSE DC INC: 30-0117990, SENATE UNITED STATES: 52-1085802, him UNITED STATES GOVERNMENT COURTS US: 52-2283179, UNITED STATES GOVERNMENT COURTS US: 23-7420574, : The DOJ 53-0205205 and ISN recorded #'s listed above. Constitute and validate that the defendant's monopoly and its agents have exceeded their authority.

Page 1

3 of 4

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Tue Jul 22 09:22:24 2025 | | | |
| Pacer Login: | GeorgeMcDermott | Client Code: | GM |
| Description: | Image1-0 | Case Number: | 1:25-cv-02222-UNA |
| Billable Pages: | 30 | Cost: | 3.00 |
| The document you requested is 58 pages. You will only be billed for 30 pages. | | | |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Tue Jul 22 09:22:24 2025 | | | |
| Pacer Login: | GeorgeMcDermott | Client Code: | GM |
| Description: | Image1-1 | Case Number: | 1:25-cv-02222-UNA |
| Billable Pages: | 2 | Cost: | 0.20 |

| PACER Service Center | | | |
|---|---|---|---|
| Transaction Receipt | | | |
| Tue Jul 22 09:22:24 2025 | | | |
| Pacer Login: | GeorgeMcDermott | Client Code: | GM |
| Description: | Image1-2 | Case Number: | 1:25-cv-02222-UNA |
| Billable Pages: | 1 | Cost: | 0.10 |

in conclusion petitioner draws the court's attention to the [ECF – 1] cited above pages 46 through 50 a verified complaint evidence that the named defendants have evaded service, failed to provide honest services to the plaintiff and obstructed justice by not answering certified registered mail identifying waste fraud and abuse of our government resources by the CEO and his cabinet members as well as the Board of Directors a.k.a. House and Senate of the United States Inc. as a requirement of their oath of office and responsibility as trustees of the Corporation which are now politicized, and have used the judicial branch of government by weapon-icing it against. The disenfranchised citizens of this great nation and our allies.

Respectfully submitted

George Edward McDermott. All rights reserve UCC. 1-101,102-202-306-08, as well as the 28 USC 1602 – 11 these corporations there named agents must identify themselves as they appear to be in conflict with the rule of law and international treaties.

**CERTIFICATE OF SERVICE.** To the office of the United States solicitor Gen. <u>Acting US solicitor Gen. John D. Sauer</u> D.C. is 950 Pennsylvania Avenue, NW, Washington, DC 20530. By USPS CERT. Mail art. #9589- 0710- 5270- 2449. 7945-85 served by George Mc Dermott plaintiff _____ July 22, 2025 after submittal to the court in accordance with the court rules.

4 of 4